# EXHIBIT A
## Cambrian Holding Company, Inc.

10. List of all bankruptcy cases filed by affiliates of debtor:

|     | **Debtor Name** | **District** | **Relationship to Debtor** | **Date Filed** | **Case No. (if known)** |
| --- | --- | --- | --- | --- | --- |
| 1.  | Apex Energy, Inc. | ED of KY | Debtor affiliate | | |
| 2.  | Bear Branch Coal LLC | ED of KY | Debtor affiliate | | |
| 3.  | C.W. Augering, Inc. | ED of KY | Debtor affiliate | | |
| 4.  | Cambrian Coal LLC | ED of KY | Debtor affiliate | | |
| 5.  | Clintwood Elkhorn Mining LLC | ED of KY | Debtor affiliate | | |
| 6.  | Gatliff Coal LLC | ED of KY | Debtor affiliate | | |
| 7.  | Marshall Resources, Inc. | ED of KY | Debtor affiliate | | |
| 8.  | Perry County Coal LLC | ED of KY | Debtor affiliate | | |
| 9.  | Pike-Letcher Land LLC | ED of KY | Debtor affiliate | | |
| 10. | PLM Holding Company LLC | ED of KY | Debtor affiliate | | |
| 11. | Premier Elkhorn Coal LLC | ED of KY | Debtor affiliate | | |
| 12. | Raven Rock Development LLC | ED of KY | Debtor affiliate | | |
| 13. | Ray Coal LLC | ED of KY | Debtor affiliate | | |
| 14. | Rich Mountain Coal LLC | ED of KY | Debtor affiliate | | |
| 15. | S. T. & T. Leasing, Inc. | ED of KY | Debtor affiliate | | |
| 16. | Shelby Resources, LLC | ED of KY | Debtor affiliate | | |
| 17. | T.C. Leasing, Inc. | ED of KY | Debtor affiliate | | |
| 18. | Whitaker Coal LLC | ED of KY | Debtor affiliate | | |

0110825.0637106  4820-6862-7097v1