UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
Lexington Division

In re:

Cambrian Holding Company, Inc., *et al.*,[1]

Debtors.

Case No. 19-51200
Chapter 11

(Jointly Administered)

## Appointment of Official Committee of Unsecured Creditors

Paul A. Randolph, Acting United States Trustee, pursuant to 11 U.S.C. § 1102(a)(1), appoints the following creditors to serve on the Official Committee of Unsecured Creditors:

TECO Diversified, Inc. (Chair-person)
c/o Marshall Tucker
TECO Plaza
702 N. Franklin Street
Tampa, FL 33602
(813) 228-4377
motucker@tecoenergy.com

Austin Powder Company
c/o Amy Horwatt
25800 Science Park Drive
Cleveland, OH 44122
(216)839-5425
Amy.horwatt@austinpowder.com

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Cambrian Holding Company, Inc. (8203), Cambrian Coal LLC (3394), Apex Energy, Inc. (3455), C.W. Augering, Inc. (2875), Marshall Resources, Inc. (9735), PLM Holding Company LLC (7427), Bear Branch Coal LLC (0674), Clintwood Elkhorn Mining LLC (6910), Gatliff Coal LLC (5768), Perry County Coal LLC (4382), Ray Coal LLC (0981), Whitaker Coal LLC (8270), Pike-Letcher Land LLC (8952), Premier Elkhorn Coal LLC (8951), Raven Rock Development LLC (1351), Rich Mountain Coal LLC (1974), S.T. & T. Leasing, Inc. (0340), T.C. Leasing, Inc. (7705), and Shelby Resources, LLC (5085).

Jones Oil Company, Inc./Jones Petroleum Services, LLC
c/o Andrew D. Stosberg
Middleton Reutlinger
401 South 4th Street
Suite 2600
Louisville, KY 40202
(502)625-2734
astosberg@middletonlaw.com

Kentucky River Properties LLC
Timberlands LLC
c/o Stephen G. Barker, President
360 E. Vine St., suite 310
Lexington, KY 40507
(606)439-4518
steve@krpky.com

Parsley's General Tire, Inc.
c/o John Y. Parsley
D. David Fisher
2006 N. Main St.
London, KY 40741
(606)864-2276
john@parsleytire.com
ddavidf1951@gmail.com

Whayne Supply Company
c/o Joseph Yoerg, CEO
Karen Ferris
1400 Cecil Avenue
Louisville, KY 40211
(502)774-4441
Joseph_yoerg@whayne.com
Karen_ferris@whayne.com

Kentucky Coal Employers Self Insurance Guaranty Fund
c/o Gary Davis, Executive Director
P.O. Box 910623
Lexington, KY 40591
(859)219-0194
Gdavis5@windstream.net

Robert J. Zik
236 Derby Trail
Corbin, KY 40701
(606)524-6203
Bobzik50@icloud.com

Pamela Dotson Tester
P.O. Box 263
Hurley, VA 24620
(540)525-0534
Pdtester.pt@gmail.com

The United States Trustee reserves the right to modify the composition of this

Committee if circumstances warrant.

Dated: June 26, 2019               **Paul A. Randolph**
                                   Acting United States Trustee

                                   By:*/s/Rachelle C. Dodson*
                                       John L. Daugherty
                                       Assistant U.S. Trustee
                                       Rachelle C. Dodson
                                       Bradley M. Nerderman
                                       Trial Attorneys
                                       Office of the U.S. Trustee
                                       100 E. Vine St., Suite 500
                                       Lexington, KY 40507
                                       (859) 233-2822

### Certificate of Service

I certify that on June 26, 2019, I served a copy of the foregoing (i) via email upon the above Committee members, and ii) via first class mail, postage prepaid, to all parties included in the Master Service list, (ii) via ECF noticing upon all parties registered to receive notice electronically.

                                   */s/ Rachelle C. Dodson*
                                   Rachelle C. Dodson