# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Cambrian Holding Company, Inc., *et al.*,[1] | ) | Case No. 19-51200 (GRS) |
| | ) | |
| | ) | (Joint Administration Proposed) |
| | ) | |
| Debtors. | ) | |
| | ) | Honorable Gregory R. Schaaf |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR
JULY 23, 2019 AT 9:00 A.M. (EASTERN TIME)**

**MATTERS GOING FORWARD**

1. *Debtors Motion for Entry of Interim and Final Orders: (I) Authorizing Post-Petition Secured Financing Pursuant to Sections 105, 361, 362, 363, 364 and 503(b) of the Bankruptcy Code; (II) Authorizing the Debtors to Use Cash Collateral Pursuant to Section 363 of the Bankruptcy Code; (III) Providing Adequate Protection to the Prepetition Secured Parties Pursuant to Sections 361, 362, and 363 of the Bankruptcy Code; (IV) Modifying the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code; (V) Scheduling a Final Hearing; and (VI) Providing Related Relief* (Docket No. 26)

    Response Deadline: July 16, 2019, extended to July 19, 2019 at 4:00 p.m. for Richmond Hill Capital Partners, LP, Essex Equity Joint Investment Vehicle, LLC, and Deutsche Bank Trust Company Americas, as administrative agent and collateral agent for Deutsche Bank AG, London Branch, Tennenbaum Opportunities Partners V, LP, and Tennenbaum Opportunities Fund VI, LLC

    Responses Received:

    A. *Objections of the Official Committee of Unsecured Creditors to the Debtors' Motion for Entry of Interim and Final Orders: (I) Authorizing Post-Petition Secured Financing Pursuant to Sections 105, 361, 362, 363, 364 and 503(b) of the Bankruptcy Code; (II) Authorizing the Debtors to*

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Cambrian Holding Company, Inc. (8203), Cambrian Coal LLC (3394), Apex Energy, Inc. (3455), C.W. Augering, Inc. (2875), Marshall Resources, Inc. (9735), PLM Holding Company LLC (7427), Bear Branch Coal LLC (0674), Clintwood Elkhorn Mining LLC (6910), Gatliff Coal LLC (5768), Perry County Coal LLC (4382), Ray Coal LLC (0981), Whitaker Coal LLC (8270), Pike-Letcher Land LLC (8952), Premier Elkhorn Coal LLC (8951), Raven Rock Development LLC (1351), Rich Mountain Coal LLC (1974), S.T. & T. Leasing, Inc. (0340), T.C. Leasing, Inc. (7705), and Shelby Resources, LLC (5085).

*Use Cash Collateral Pursuant to Section 363 of the Bankruptcy Code; (III) Providing Adequate Protection to the Prepetition Secured Parties Pursuant to Sections 361, 362, and 363 of the Bankruptcy Code; (IV) Modifying the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code; (V) Scheduling a Final Hearing; and (VI) Providing Related Relief* (Docket No. 203)

B. *Reservation of Rights of the Term Lenders to Debtors' Motion for Entry of Interim and Final Orders: (I) Authorizing Postpetition Secured Financing Pursuant to Sections 105, 361, 362, 363, 364 and 503(b) of the Bankruptcy Code; (II) Authorizing the Debtors to Use Cash Collateral Pursuant to Section 363 of the Bankruptcy Code; (III) Providing Adequate Protection to the Prepetition Secured Parties Pursuant to Sections 361, 362, and 363 of the Bankruptcy Code; (IV) Modifying the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code; (V) Scheduling a Final Hearing; and (VI) Providing Related Relief* (Docket No. 245), filed on July 21, 2019

Related Documents:

A. *Agreed Order Extending Deadline for Deutsche Bank Trust Company Americas, Deutsche Bank AG, London Branch, Tennenbaum Opportunities Partners V, LP, Tennenbaum Opportunities Fund VI, LLC, and Their Assignees to Object to Entry of a Final Order on Debtors' Motion for Entry of Interim and Final Orders: (I) Authorizing Post-Petition Secured Financing Pursuant to Sections 105, 361, 362, 364 and 503(b) of the Bankruptcy Code; (II) Authorizing the Debtors to use Cash Collateral Pursuant to Section 363 of the Bankruptcy Code; (III) Providing Adequate Protection to the Pre-Petition Secured Parties Pursuant to Sections 361, 362, and 363 of the Bankruptcy Code; (IV) Modifying the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code; (V) Scheduling a Final Hearing; and (VI) Providing Related Relief* (Docket No. 209)

**Status: This matter is going forward.**

2. *Debtors' Motion for Entry of an Order (I) Further Extending the Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs, and (II) Excusing the Debtors from Filing Rule 2015.3 Financial Reports* (Docket No. 189)

Response Deadline: July 19, 2019

Responses Received:

A. *Limited Objections of the Official Committee of Unsecured Creditors to the Debtors' Motion for Entry of an Order: (I) Further Extending the Time*

       to File Schedules of Assets and Liabilities and Statements of Financial Affairs; and (II) Excusing the Debtors from Filing Rule 2015.3 Financial Reports* (Docket No. 242)

    Related Documents:

       A. *Motion to Expedite Debtors' Motion for Entry of an Order (I) Further Extending the Time to File Schedules and Assets and Liabilities and Statements of Financial Affairs; and (II) Excusing the Debtors from Filing Rule 2015.3 Financial Reports* (Docket No. 190)

       B. *Order Granting Motion to Expedite Debtors' Motion for Entry of an Order (I) Further Extending the Time to File Schedules and Assets and Liabilities and Statements of Financial Affairs; and (II) Excusing the Debtors from Filing Rule 2015.3 Financial Reports* (Docket No. 201)

    **Status: This matter is going forward.**

3. Adversary Proceeding 19-05014, *Cambrian Holding Company, Inc. et al. v. Kentucky Coal Employers Self-Insurance Guaranty Fund, et al.*; *Debtors' Motion for Temporary Restraining Order and Memorandum in Support Thereof* (Docket No. 2)

    Response Deadline: July 22, 2019 at 12:00 p.m. (Eastern Time)

    Responses Received:

       A. *Limited Appearance of Commonwealth of Kentucky, Labor Cabinet, Department of Workers' Claims ("DWC") and Robert Swisher, DWC Commissioner, and Joint Objection of (I) DWC and (II) Kentucky Coal Employers' Self Insurance Guaranty Fund to Plaintiffs' Motion (Adv. Doc. 2) Requesting Temporary Restraining Order* (Docket No. 12)

       B. *Memorandum In Support of Limited Appearance Of Commonwealth of Kentucky, Labor Cabinet Department of Workers' Claims (("DWC") and Robert Swisher, DWC Commissioner, and Joint Objection of (I) DWC and (II) Kentucky Coal Employers' Self Insurance Guaranty Fund ("Guaranty Fund") to Plaintiffs' Motion (Adv. Doc. 2) Requesting Temporary Restraining Order* (Docket No. 13)

       C. *Notice of Filing of Kentucky Statutory and Regulatory Authority Cited by Defendant Kentucky Coal Employers' Self Insurance Guaranty Fund Filed by Kentucky Coal Employers Self-Insurance Guaranty Fund* (Docket No. 14)

    Related Documents:

       A. *Motion to Expedite Debtors' Motion for Temporary Restraining Order* (Docket No. 3)

       B. *Order Granting Motion to Shorten Time* (Docket No. 8)

    C. *Agreed Order Extending Response Deadline for Defendants (I) Kentucky Coal Employers' Self Insurance Guaranty Fund, and (II) Commonwealth of Kentucky, Department Of Workers' Claims to Plaintiffs' Motion (Adv. Doc. 2) Requesting Temporary Restraining Order* (Docket No. 15)

    **Status:** **This matter is going forward.**

## MATTERS SUBMITTED UNDER CERTIFICATION OF COUNSEL / PROPOSED ORDERS SUBMITTED OR ENTERED

1. *Motion of the Debtors for Entry of Interim and Final Orders (I) Approving Continued Use of Existing Cash Management System, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, (III) Waiving Certain Requirements of the United States Trustee, and (IV) Waiving the Requirements of 11 U.S.C. § 345(b)* (Docket No. 10)

    Response Deadline: July 15, 2019 at 4:00 p.m. (Eastern Time)

    Responses Received: None

    Related Documents:

        A. *Notice of Filing of Certification of Counsel Regarding Certain Motions to be Heard by this Court on July 23, 2019 at 9:00 a.m.* (Docket No. 218)

    **Status: An order has been entered granting this motion on a final basis (Docket No. 231).**

2. *Debtors' Motion for Entry of an Order Authorizing, but not Directing, the Debtors to: (A) Continue Insurance Coverage Entered into Pre-Petition; and (B) Maintain Postpetition Financing of Insurance Premiums* (Docket No. 12)

    Response Deadline: July 15, 2019 at 4:00 p.m. (Eastern Time)

    Responses Received: None

    Related Documents:

        A. *Notice of Filing of Certification of Counsel Regarding Certain Motions to be Heard by this Court on July 23, 2019 at 9:00 a.m.* (Docket No. 218)

    **Status: An order has been entered granting this motion on a final basis (Docket No. 232).**

3. *Motion for Interim and Final Orders Authorizing Payment of Certain Prepetition Taxes and Directing All Banks to Honor Prepetition Checks for Payment of Prepetition Sales, Use, and Production Tax Obligations* (Docket No. 14)

    Response Deadline: July 15, 2019 at 4:00 p.m. (Eastern Time)

    Responses Received: Informal comments from the Official Committee of Unsecured Creditors

<p style="margin-left: 2em;">Related Documents:</p>

<p style="margin-left: 4em;">A. *Notice of Filing of Certification of Counsel Regarding Certain Motions to be Heard by this Court on July 23, 2019 at 9:00 a.m.* (Docket No. 218)</p>

<p style="margin-left: 2em;">**Status: An order has been entered granting this motion on a final basis (Docket No. 233).**</p>

4. *Motion of the Debtors for Interim and Final Orders (I) Authorizing, but not Directing, the Debtors to (A) Pay and Honor Certain Prepetition Claims for Wages, Salaries, Bonuses and Other Compensation and Withholdings and Deductions; (B) Continue Employee Benefit Programs in the Ordinary Course of Business; and (c) Pay Certain Reimbursable Expenses; (II) Authorizing, but not Directing, the Debtors to Make Deductions from Employee Paychecks; and (III) Authorizing and Directing Banks and Other Financial Institutions to Receive, Process, Honor and Pay all Checks Presented for Payment and Electronic Payment Requests Made by the Debtors Relating to the Foregoing* (Docket No. 16)

<p style="margin-left: 2em;">Response Deadline: July 15, 2019 at 4:00 p.m. (Eastern Time)</p>

<p style="margin-left: 2em;">Responses Received: None</p>

<p style="margin-left: 2em;">Related Documents:</p>

<p style="margin-left: 4em;">A. *Notice of Filing of Certification of Counsel Regarding Certain Motions to be Heard by this Court on July 23, 2019 at 9:00 a.m.* (Docket No. 218)</p>

<p style="margin-left: 2em;">**Status: An order has been entered granting this motion on a final basis (Docket No. 234).**</p>

5. *Motion of the Debtors for Entry of Interim and Final Orders Authorizing Debtors to Continue and Renew Their Surety Bond Programs* (Docket No. 23)

<p style="margin-left: 2em;">Response Deadline: July 15, 2019 at 4:00 p.m. (Eastern Time)</p>

<p style="margin-left: 2em;">Responses Received: Informal comments of the Official Committee of Unsecured Creditors</p>

<p style="margin-left: 2em;">Related Documents:</p>

<p style="margin-left: 4em;">A. *Notice of Filing of Certification of Counsel Regarding Certain Motions to be Heard by this Court on July 23, 2019 at 9:00 a.m.* (Docket No. 218)</p>

<p style="margin-left: 2em;">**Status: An order has been entered granting this motion on a final basis (Docket No. 235).**</p>

6. *Amended Application to Employ Whiteford, Taylor & Preston, LLP, as Conflicts and Special Counsel for the Debtors and Debtors-in-Possession* (Docket No. 153)

<p style="margin-left: 2em;">Response Deadline: July 12, 2019</p>

    Responses Received: None

    Related Documents: None

    **Status: An order has been entered granting this application (Docket No. 210).**

7. *Application of Debtors for an Order Authorizing the Employment, Retention and Compensation of Frost Brown Todd LLC as Counsel for Debtors and Debtors-in-Possession Effective Nunc Pro Tunc to the Petition Date* (Docket No. 156)

    Response Deadline: July 12, 2019, extended to July 19, 2019 for the Official Committee of Unsecured Creditors and the Office of the United States Trustee for the Eastern District of Kentucky

    Responses Received: Informal comments by the Official Committee of Unsecured Creditors and the Office of the United States Trustee for the Eastern District of Kentucky

    Related Documents:

    A. *Agreed Order Extending Deadline for the Official Committee of Unsecured Creditors and the United States Trustee to Object to Application of Debtors for an Order Authorizing the Employment, Retention and Compensation of Frost Brown Todd LLC as Counsel for Debtors and Debtors-in-Possession Effective Nunc Pro Tunc to the Petition Date* (Docket No. 188)
    B. *Agreed Order Extending Deadline for the Official Committee of Unsecured Creditors and the United States Trustee to Object to Application of Debtors for an Order Authorizing the Employment, Retention and Compensation of Frost Brown Todd LLC as Counsel for Debtors and Debtors-in-Possession Effective Nunc Pro Tunc to the Petition Date* (Docket No. 236)

    **Status: The Debtors intend to submit a revised order granting this application that incorporates the comments and resolutions reached with the Official Committee of Unsecured Creditors and the Office of the United States Trustee for the Eastern District of Kentucky.**

8. *Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker for the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date, (II) Waiving Certain Time-Keeping Requirements and (III) Granting Related Relief* (Docket No. 157)

    Response Deadline: July 12, 2019, extended to July 18, 2019 at 6:0 p.m. for the Official Committee of Unsecured Creditors, Richmond Hill Capital Partners, LP, Essex Equity Joint Investment Vehicle, LLC, and the Office of the United States Trustee for the Eastern District of Kentucky

6

>   Responses Received:
>
>   A. Informal comments by the Official Committee of Unsecured Creditors
>   B. *United States Trustee's Objection to the Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker for the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date, (II) Waiving Certain Time-Keeping Requirements and (III) Granting Related Relief* (Docket No. 238)
>
>   Related Documents:
>
>   A. *Notice of Filing of Supplemental Declaration of Leon Szlezinger in Support of Debtors' Application for an Order (1) Authorizing the Employment, Retention and Compensation of Jefferies LLC, Nunc Pro Tunc, as Investment Banker and (2) Waiving Certain Requirements of Bankruptcy Rule 2016(a)* (Docket No. 179).
>   B. *Agreed Order Extending Deadline for the Official Committee of Unsecured Creditors, Richmond Hill Capital Partners, LP and Essex Equity Joint Investment Vehicle, LLC and the United States Trustee to Object to Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker for the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date, (II) Waiving Certain Time-Keeping Requirements and (III) Granting Related Relief* (Docket No. 194)
>   C. *Notice of Filing of (I) Revised Proposed Order in Connection with the Debtors Application for Entry of an Order Authorizing the Retention and Employment of Jefferies LLC as Investment Banker for the Debtors and Debtors in Possession nunc pro tunc to the Petition Date (ECF No. 157); and (II) Blackline to Filed Proposed Order Filed by Cambrian Holding Company, Inc.* (Docket No. 239)
>   D. *Notice of Withdrawal of United States Trustee's Objection to the Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker for the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date, (II) Waiving Certain Time-Keeping Requirements and (III) Granting Related Relief* (Docket No. 243)
>
>   **Status: The revised proposed order filed with the Court at Docket No. 239 has been submitted to the Court for entry.**

9. *Debtors Motion for an Order (I) Setting a Bar Date for Filing Proofs of Claim, (II) Setting a Bar Date for the Filing of Proofs of Claim by Governmental Units, (III) Setting a Bar Date for the Filing of Requests for Allowance of Administrative Claims, Including Claims Arising Under Section 503(b)(9) of the Bankruptcy Code (IV) Setting an Amended*

*Schedules Bar Date, (V) Setting a Rejection Damages Bar Date, (VI) Approving the Form of and Manner for Filing Proofs of Claim, (VII) Approving Notice of the Bar Dates, and (VIII) Granting Related Relief* (Docket No. 169)

    Response Deadline: July 17, 2019

    Responses Received: Informal comments of the Official Committee of Unsecured Creditors, Richmond Hill Capital Partners, LP and Essex Equity Joint Investment Vehicle, LLC

    Related Documents:

        A. *Notice of Filing of Certification of Counsel Regarding Certain Motions to be Heard by this Court on July 23, 2019 at 9:00 a.m.* (Docket No. 218)

    **Status: A proposed order granting this motion has been submitted to the Court.**

10. *Debtors Motion for an Order Under 11 U.S.C. §§ 105 and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (Docket No. 170)

    Response Deadline: July 17, 2019

    Responses Received: Informal comments from the Office of the United States Trustee for the Eastern District of Kentucky

    Related Documents:

        A. *Notice of Filing of Certification of Counsel Regarding Certain Motions to be Heard by this Court on July 23, 2019 at 9:00 a.m.* (Docket No. 218)

    **Status: An order has been entered granting this motion (Docket No. 253).**

11. *Debtors Motion for Authorization to Pay Certain Pre-Petition Repair and/or Service Charges Performed on Equipment and Parts Pursuant to 11 U.S.C. §§ 105, 363, and 506* (Docket No. 172)

    Response Deadline: July 17, 2019

    Responses Received: None

    Related Documents:

        A. *Notice of Filing of Certification of Counsel Regarding Certain Motions to be Heard by this Court on July 23, 2019 at 9:00 a.m.* (Docket No. 218)

    **Status: An order has been entered granting this motion (Docket No. 251).**

12. *Debtors Motion for Entry of an Order Under 11 U.S.C. §§ 327, 330, and 331 Authorizing the Debtors to Employ and Pay Professionals Utilized by Debtors in the Ordinary Course of Business* (Docket No. 173)

Response Deadline: July 17, 2019

Responses Received: None

Related Documents:

A. *Notice of Filing of Certification of Counsel Regarding Certain Motions to be Heard by this Court on July 23, 2019 at 9:00 a.m.* (Docket No. 218)

**Status: An order has been entered granting this motion (Docket No. 252).**

**CONTINUED MATTERS**

13. *Motion for Entry of an Order Under 11 U.S.C. §§ 105(a) and 366 (I) Prohibiting Utilities from Discontinuing, Altering, or Refusing Service, (II) Establishing Procedures for Determining Adequate Assurances of Payment, and (III) Establishing Procedures for Utilities to Opt Out of the Debtors' Proposed Procedures for Adequate Assurance* (Docket No. 15) (the "**Utilities Motion**")

    Response Deadline: July 15, 2019 at 4:00 p.m. (Eastern Time)

    Responses Received:

    A. *Objection of Appalachian Power Company d/b/a American Electric Power and Kentucky Power Company d/b/a American Electric Power to the Debtors' Motion for Entry of an Order Under 11 U.S.C. §§ 105(a) and 366 (I) Prohibiting Utilities from Discontinuing, Altering, or Refusing Service, (II) Establishing Procedures for Determining Adequate Assurances of Payment, and (III) Establishing Procedures for Utilities to Opt Out of the Debtors' Proposed Procedures for Adequate Assurance* (Docket No. 168) (the "**American Electric Power Objection**")

    Related Documents:

    A. *Agreed Order Continuing Hearing on Debtors' Motion for Entry of an Order Under 11 U.S.C. §§ 105(a) and 366 (I) Prohibiting Utilities from Discontinuing, Altering, or Refusing Service, (II) Establishing Procedures for Determining Adequate Assurances of Payment, and (III) Establishing Procedures for Utilities to Opt Out of the Debtors' Proposed Procedures for Adequate Assurance* (Docket No. 255)

    **Status: This matter is being continued with respect to the American Electric Power Objection to a date and time to be agreed by the parties and subject to the availability of the Court. The Debtors intend to submit a proposed order granting the Utilities Motion as to all other parties.**

14. *Application for an Order Authorizing the Employment, Retention and Compensation of FTI Consulting, Inc., Nunc Pro Tunc as Bankruptcy Consultant and Bertrand M. Troiano*

*as Chief Restructuring Adviser for the Debtors and Debtors-In-Possession* (Docket No. 175)

> Response Deadline: July 19, 2019, extended to July 25, 2019 at 6:00 p.m. (Eastern Time) solely as to the Official Committee of Unsecured Creditors
>
> Responses Received: Informal comments from the Official Committee of Unsecured Creditors.
>
> Related Documents:
>
>> A. *Agreed Order Extending Deadline for the Official Committee of Unsecured Creditors to Object to Application of Debtors for an Order Authorizing the Employment, Retention and Compensation of FTI Consulting, Inc., Nunc Pro Tunc as Bankruptcy Consultant and Bertrand M. Troiano as Chief Restructuring Adviser for the Debtors and Debtors-In-Possession* (Docket No. 254)
>
> **Status: FTI Consulting, Inc. and the Official Committee of Unsecured Creditors are engaged in discussions regarding the application. To the extent those discussions are unsuccessful, the Debtors will set this application for hearing at a later date.**

15. *Motion for Relief from the Automatic Stay by Kentucky Employers' Mutual Insurance Company* (Docket No. 136)

    > Response Deadline: June 28, 2019 at 10:00 a.m. (Eastern Time) (initial response deadline)
    >
    > Responses Received:
    >
    >> A. *Objection to Motion for Relief from the Automatic Stay and Motion to Shorten Notice Period for Same Filed by Kentucky Employers' Mutual Insurance Company and Request for Evidentiary Hearing to Determine Adequate Protection* (Docket No. 150)
    >> B. *Objection to Motion for Relief from the Automatic Stay and Motion to Shorten Notice Period for Same Filed by Kentucky Employers' Mutual Insurance Company and Request for Evidentiary Hearing to Determine Adequate Protection* (Docket No. 151)
    >
    > Related Documents:
    >
    >> A. *Motion to Shorten Notice period on Hearing on Motion for Relief from the Automatic Stay* (Docket No. 137)
    >> B. *Order Related to Motion for Relief from Stay* (Docket No. 141)
    >> C. *Order Overruling Motion to Shorten Time* (Docket No. 159)

D. *Notice of Continuance of Motion for Relief from the Automatic Stay Filed by Kentucky Employers' Mutual Insurance Company* (Docket No. 202)

**Status:** **This matter has been continued as provided by Docket No. 202.**

Dated: July 22, 2019

Respectfully submitted,

/s/ *Patricia K. Burgess*
Patricia K. Burgess
**FROST BROWN TODD LLC**
250 West Main Street, Suite 2800
Lexington, Kentucky 40507
Tel: (859) 231-0000
Fax: (859) 231-0011
E-mail: pburgess@fbtlaw.com

-and-

Ronald E. Gold (admitted *pro hac vice*)
Douglas L. Lutz (admitted *pro hac vice*)
A.J. Webb (admitted *pro hac vice*)
**FROST BROWN TODD LLC**
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
Tel: (513) 651-6800
Fax: (513) 651-6981
E-mail: rgold@fbtlaw.com
   dlutz@fbtlaw.com
   awebb@fbtlaw.com

**PROPOSED COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION**

**AND**

/s/ Masten Childers, III
Masten Childers, III
Michael J. Roeschenthaler (*pro hac vice application forthcoming*)
Bradford F. Englander (*pro hac vice application forthcoming*)
**WHITEFORD TAYLOR & PRESTON, LLP**
161 North Eagle Creek Drive
Suite 210
Lexington, Kentucky 40509

Tel: (859) 687-6700
Fax: (859) 263-3239
E-mail: mchilders@wtplaw.com
mroeschenthaler@wtplaw.com
benglander@wtplaw.com

**CONFLICTS COUNSEL TO DEBTORS AND DEBTORS-IN-POSSESSION**