UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO. 19-51200
(Jointly Administered)

IN RE:       CAMBRIAN HOLDING COMPANY, INC., et al.          CHAPTER 11
             DEBTORS

## MOTION TO DISMISS FOR FAILURE TO COMPLY WITH CHAPTER 11 OPERATING ORDER
\*\*\* \*\*\* \*\*\*

Comes now Key-Way, LLC ("Key-Way"), one of the largest unsecured creditors in these consolidated proceedings, by and through the undersigned counsel, and hereby respectfully moves this Court to dismiss this case for the consolidated debtors' failure to comply with the Chapter 11 operating Order in these cases.

The Chapter 11 operating Order entered in these consolidated cases [Doc. 50] required the debtors' in possession to, inter alia, *"furnish such information concerning the estate and the estate's administration as is requested by a party in interest."* See Item 3 under "General Responsibilities."

On July 18, 2019 the undersigned counsel prepared an email communication to all of the known attorneys for the debtor entities in this matter requesting standard financial documents and records that would allow Key-Way to evaluate the debtors' financial condition. A true copy of that email communication is attached hereto and marked as collective Exhibit 1. No response has been received to this email.

The undersigned counsel again wrote to the debtors' counsel on July 25, 2019 requesting the same financial information and records that were requested in the July 18, 2019

communication. A copy of this email communication is attached and marked as <u>Exhibit 2</u>. No response has been received to this email communication.

In addition, at the initial 341 meeting of creditors in this matter, the undersigned counsel questioned under oath the debtor representative that appeared on behalf of the consolidated debtor entities. The debtor representative that appeared was not prepared. He provided little to no substance in response to the undersigned's questions. A copy of the audio from this initial 341 creditors meeting has been ordered from the United States Trustee.

Further, counsel for the debtor entities were cavalier and unprepared as well. Counsel for the debtor entities directed the debtor representative to not disclose any information as to post petition payments that the debtors in possession have made to critical vendors on pre-petition claims. Counsel appeared to not even know how much Frost Brown Todd, the debtors' counsel, had received as a pre-petition retainer. To be very blunt, debtors' counsel seemed almost "inconvenienced" about having to show up for the 341 creditors meeting.

The operating Order that was entered in this case on June 17, 2019 [Doc. 50] dictated that the debtor *"furnish such information concerning the estate and estate's administration as is requested by a party in interest."* The debtor entities are attempting to rocket this case toward an auction sale and in the process they have disclosed literally no material information concerning their financial affairs, assets, and liabilities.

WHEREFORE, based on the foregoing, it is respectfully prayed that this Court enter and Order dismissing these consolidated bankruptcy cases.

                    Respectfully submitted,

                    HAMM, MILBY & RIDINGS, PLLC
                    120 NORTH MAIN STREET
                    LONDON, KY 40741
                    EMAIL: aaron@hmrkylaw.com
                    PHONE: 606-864-4126
                    FAX: 606-878-8144
                    *Counsel for Key-Way, LLC*

              BY: __/s/ R. Aaron Hostettler_____
                    R. AARON HOSTETTLER

NOTICE OF HEARING

      All parties hereto will please take notice that the foregoing Motion will come on for hearing on ***Tuesday, August 6, 2019 at 9:00 a.m.*** eastern time in the United States Bankruptcy Court for the Eastern District of Kentucky, Community Trust Bank building, 100 East Vine Street, Suite 200, (2nd floor courtroom) Lexington, Kentucky 40507.

                    ___/s/ R. Aaron Hostettler_____
                    OF COUNSEL FOR KEY-WAY, LLC

CERTIFICATE OF SERVICE:

      I do hereby certify that the foregoing was served by ECF filing or mailing:

ORIGINAL TO (VIA ELECTRONIC FILING):

UNITED STATES BANKRUPTCY COURT CLERK
P. O. BOX 1111
LEXINGTON, KY 40588-1111

COPY TO:

OFFICE OF THE UNITED STATES TRUSTEE
100 EAST VINE STREET, SUITE 500
LEXINGTON, KY 40589-1111

HON. PATRICIA K. BURGESS
FROST, BROWN, & TODD, LLC
7310 TURFWAY ROAD, STE 210
FORREST, KY 41042

HON. BRADFORD F. ENGLANDER
3190 FAIRVIEW PARK DRIVE, STE 800
FALSE CHURCH, VA 22042

HON. RONALD GOLD
FROST, BROWN & TODD, LLC
2200 PNC CENTER
201 EAST 5TH STREET
CINCINNATI, OH 45202

HON. GEOFFREY S. GOODMAN
FOLEY & LARDNER, LLP
321 NORTH CLARK STREET
CHICAGO, IL 60610

HON. BENJAMIN M. KATZ
FROST, BROWN & TODD, LLC
PINNACLE AT SYMPHONY PLACE
153RD AVENUE SOUTH, STE 1900
NASHVILLE, TN 37201

HON. ADAM R. KEGLEY
250 WEST MAIN STREET, STE 2800
LEXINGTON, KY 40507

HON. DOUGLAS L. LUTZ
FROST, BROWN & TODD, LLC
301 EAST 4TH STREET
CINCINNATI, OH 45202
HON. BENNETT M. PARKER
FROST, BROWN & TODD, LLC
3300 GREAT AMERICAN TOWER
301 EAST 4TH STREET
CINCINNATI, OH 45202

HON. MICHAEL J. ROESCHENTHALER
WHITEFORD, TELLER, & PRESTON, LLP
200 FIRST AVENUE, 3RD FLOOR
PITTSBURGH, PA 15222

HON. DANIEL R. SCHIMIZZI
WHITFORD, TELLER, & PRESTON, LLP
200 FIRST AVENUE, 3RD FLOOR
PITTSBURGH, PA 15222

HON. ADAM J. WEBB  
FROST, BROWN & TODD, LLC  
3300 GREAT AMERICAN TOWER  
301 EAST 4TH STREET  
CINCINNATI, OH 45202  

       THIS THE __30th____ DAY OF JULY, 2019.

                               __s/ R. Aaron Hostettler_____  
                               OF COUNSEL FOR KEY-WAY, LLC

# Aaron Hostettler

| | |
|---|---|
| **From:** | Aaron Hostettler |
| **Sent:** | Thursday, July 18, 2019 11:04 AM |
| **To:** | patricia burgess; ronald gold; douglas lutz; a.j. webb; bennett parker |
| **Cc:** | John Rompf; Wayne Lackey |
| **Subject:** | In re: Cambrian Holding Company et al. |

Counsel - Good morning – It is my understanding that each of you represent the consolidated debtor entities in this matter. I represent Key-Way, LLC out of Winchester, Kentucky, a critical vendor of the debtor entities and one of the largest unsecured creditors in this matter. Key-Way's claim approaches $1,000,000.00.

I would like to request the production of the following documents. Please advise if you will produce these documents within the next 10-20 days without a 2004 examination motion and order. I believe that the chapter 11 operating order would contemplate the voluntary production of these documents.

- Year end statements of Income for years 2015 – 2018 for each of the debtor entities involved
- Year end balance sheets including statements of Assets, Liabilities, and Retained Earnings for years 2015 – 2018 for each of the debtor entities involved
- Year end statements of Cash Flows for years 2015 – 2018 for each of the debtor entities involved
- Year end profit and loss details for years 2015 – 2018 for each of the debtor entities involved
- Federal tax returns with all attendant schedules for years 2015 – 2018 for each of the debtor entities involved
- Any financial statements, credit applications, or statements of financial condition submitted by any of the debtor entities to any lender from 2015 – 2019 inclusive
- Any business valuations and appraisals of any of the debtors and their assets, including going concern value, completed or prepared with respect to any of the debtor entities
- The name, address, and phone number of any CPA that has performed any accounting work, including but not limited to, any business valuation relative to the debtor entities.
- Any offers to purchase any of the assets of any of the debtor entities which have been made or presented to any of the debtor entities by any 3rd party

We are in the process of finalizing our proof of claim in this matter. We anticipate filing same in the next 2-3 business days. Once we have that POC filed, we will need to negotiate the payment of Key-Way's claim and the terms and conditions of Key Way continuing to serve as a critical vendor for the debtor.

Obviously Key Way will need to be paid the amount it is owed in order to continue serving as a critical vendor for the debtor entities.

Thank you for your cooperation.

*R. Aaron Hostettler, Esq.*
Hamm, Milby & Ridings, PLLC
120 N. Main St.
London, KY 40741
(606) 864-4126 (office)
(606) 878-8144 (fax)
(606) 224-0329 (mobile)



## Aaron Hostettler

**From:** Aaron Hostettler
**Sent:** Thursday, July 25, 2019 10:01 AM
**To:** patricia burgess; ronald gold; douglas lutz; a.j. webb; bennett parker
**Cc:** John Rompf; Wayne Lackey
**Subject:** RE: In re: Cambrian Holding Company et al.

Counsel – I have not received a response from any of you to my query below as to voluntary production of documents, information, and financials. I had hoped that the documents we are requesting could be produced voluntarily.

Please advise if you will produce the below requested documents, information, and financials voluntarily.

Thank you for your cooperation.

*R. Aaron Hostettler, Esq.*
Hamm, Milby & Ridings, PLLC
120 N. Main St.
London, KY 40741
(606) 864-4126 (office)
(606) 878-8144 (fax)
(606) 224-0329 (mobile)

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. ANY INFORMATION RECEIVED WILL BE USED FOR THAT PURPOSE

**From:** Aaron Hostettler
**Sent:** Thursday, July 18, 2019 11:04 AM
**To:** patricia burgess <pburgess@fbtlaw.com>; ronald gold <rgold@fbtlaw.com>; douglas lutz <dlutz@fbtlaw.com>; a.j. webb <awebb@fbtlaw.com>; bennett parker <bmparker@fbtlaw.com>
**Cc:** John Rompf <jhrompf@winchester-law.com>; Wayne Lackey <wayne.lackey@keywayllc.com>
**Subject:** In re: Cambrian Holding Company et al.

Counsel - Good morning – It is my understanding that each of you represent the consolidated debtor entities in this matter. I represent Key-Way, LLC out of Winchester, Kentucky, a critical vendor of the debtor entities and one of the largest unsecured creditors in this matter. Key-Way's claim approaches $1,000,000.00.

I would like to request the production of the following documents. Please advise if you will produce these documents within the next 10-20 days without a 2004 examination motion and order. I believe that the chapter 11 operating order would contemplate the voluntary production of these documents.

- Year end statements of Income for years 2015 – 2018 for each of the debtor entities involved
- Year end balance sheets including statements of Assets, Liabilities, and Retained Earnings for years 2015 – 2018 for each of the debtor entities involved
- Year end statements of Cash Flows for years 2015 – 2018 for each of the debtor entities involved
- Year end profit and loss details for years 2015 – 2018 for each of the debtor entities involved
- Federal tax returns with all attendant schedules for years 2015 – 2018 for each of the debtor entities involved


EXHIBIT 2

1

- Any financial statements, credit applications, or statements of financial condition submitted by any of the debtor entities to any lender from 2015 – 2019 inclusive
- Any business valuations and appraisals of any of the debtors and their assets, including going concern value, completed or prepared with respect to any of the debtor entities
- The name, address, and phone number of any CPA that has performed any accounting work, including but not limited to, any business valuation relative to the debtor entities.
- Any offers to purchase any of the assets of any of the debtor entities which have been made or presented to any of the debtor entities by any 3rd party

We are in the process of finalizing our proof of claim in this matter. We anticipate filing same in the next 2-3 business days. Once we have that POC filed, we will need to negotiate the payment of Key-Way's claim and the terms and conditions of Key Way continuing to serve as a critical vendor for the debtor.

Obviously Key Way will need to be paid the amount it is owed in order to continue serving as a critical vendor for the debtor entities.

Thank you for your cooperation.

*R. Aaron Hostettler, Esq.*
Hamm, Milby & Ridings, PLLC
120 N. Main St.
London, KY 40741
(606) 864-4126 (office)
(606) 878-8144 (fax)
(606) 224-0329 (mobile)

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. ANY INFORMATION RECEIVED WILL BE USED FOR THAT PURPOSE

2