## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| In Re: | Chapter 11 |
| Cambrian Holding Co., Inc., *et al.*,[1] | Case No. 19-51200 (GRS) |
| Debtors. | Jointly Administered |

## NOTICE OF INTENT TO CREDIT BID BY
## CATERPILLAR FINANCIAL SERVICES CORPORATION

Caterpillar Financial Services Corporation ("Caterpillar Financial") hereby submits its Notice of Intent to Credit Bid pursuant to 11 U.S.C. § 363(k) (the "Notice") pursuant to the Bidding Procedures Order previously entered in this case [Doc. 339]. A copy of Caterpillar Financial's previously-filed proof of claim [Claim No. 6, Case No. 19-51213] along with all supporting documentation attached thereto, is attached hereto as collective **Exhibit A** and is fully incorporated herein by reference.

Caterpillar Financial states that it intends to submit a credit bid upon the following seventeen (17) certain items of equipment which constitute its collateral:

| Make/Model | Unit Description | Serial/VIN # |
|---|---|---|
| CAT 993K | Wheel Loader | Z4D00181 |
| CAT 785D | Off Highway Truck | MSY00086 |
| CAT 777D | Off Highway Truck | AGC01562 |
| CAT 777D | Off Highway Truck | AGC01578 |
| CAT 777D | Off Highway Truck | AGC02007 |
| CAT 16M | Motor grader | B9H00329 |
| CAT 777D | Off Highway Truck | AGC02009 |
| CAT 777D | Off Highway Truck | AGC01795 |
| CAT D9T | Track Type Tractor | RJS00354 |
| CAT D9T | Track Type Tractor | RJS00499 |
| CAT D9T | Track Type Tractor | RJS00523 |
| CAT 992G | Wheel Loader | AZX00406 |
| CAT 992G | Wheel Loader | AZX00314 |
| CAT 992G | Wheel Loader | AZX00525 |
| CAT 993K | Wheel Loader | Z9K00315 |
| CAT 785D | Off Highway Truck | MSY00085 |
| CAT D11T | Track Type Tractor | GEB00968 |

[1] The debtors in these chapter 11 cases (with the last four digits of their federal tax identification numbers in parentheses): Cambrian Holding Company, Inc. (8203), Cambrian Coal LLC (3394), Apex Energy, Inc. (3455), C.W. Augering, Inc. (2875), Marshall Resources, Inc. (9735), PLM Holding Company LLC (7427), Bear Branch Coal LLC (0674), Clintwood Elkhorn Mining LLC (6910), Gatliff Coal LLC (5768), Perry County Coal LLC (4382), Ray Coal LLC (0981), Whitaker Coal LLC (8270), Pike-Letcher Land LLC (8952), Premier Elkhorn Coal LLC (8951), Raven Rock Development LLC (1351), Rich Mountain Coal LLC (1974), S.T. & T. Leasing, Inc. (0340), T.C. Leasing, Inc. (7705), and Shelby Resources, LLC (5085).

Caterpillar: Confidential Green

(the "Collateral"). Caterpillar Financial's basis for submitting a credit bid for the Collateral is its valid and perfected first priority security interests in said pieces of equipment, all as more fully described and demonstrated by the documents attached as collective <u>Exhibit A</u> hereto.

The outstanding balance owed by Debtor Cambrian Coal, LLC to Caterpillar Financial as of the date of bankruptcy is approximately $384,436.30, plus accruing interest, costs and attorneys' fees pursuant to 11 U.S.C. § 506.

The terms, conditions, and contingencies by which Caterpillar Financial intends to acquire the above-described Collateral are as follows: Caterpillar Financial intends to exercise its right to submit a credit bid pursuant to 11 U.S.C. § 363(k). Caterpillar Financial's credit bid will be a non-cash credit bid, and the amount of its credit bid for the Collateral shall be inclusive of any fees, statutory or otherwise, costs, expenses, charges, surcharges, commissions, or the like, in any way related to or resulting from its credit bid or any sale transaction or transfer of ownership of the Collateral to Caterpillar Financial resulting from the acceptance of its credit bid. In the event any of Caterpillar Financial's lien(s) on any item of Collateral are disallowed or avoided, Caterpillar Financial's credit bid will only be for those items of Collateral upon which Caterpillar Financial's liens are properly perfected and not subject to any disallowance or avoidance. For the avoidance of doubt, Caterpillar Financial will not be responsible for any cash payment for any Collateral upon which its lien is later avoided pursuant to a court order, settlement agreement, or otherwise. Caterpillar Financial anticipates executing a General Assignment and Assumption and Bill of Sale document in order to consummate its credit bid transaction, in the form of **Exhibit B** attached hereto, which has been executed by Caterpillar Financial.

Caterpillar Financial has not consented to the sale of the Collateral to any party other than Caterpillar Financial. Caterpillar Financial continues to reserves all rights to object to any sale of its Collateral under 11 U.S.C. § 363, including, without limitation, its objection rights under 11 U.S.C. § 363(f)(3). Nothing in this Notice is intended to be, or should be construed as, a waiver by Caterpillar Financial of any rights in its Collateral, under the Bankruptcy Code, or under any other applicable law. This Notice is without prejudice to Caterpillar Financial's ability to raise further objections at any Sale Hearing, and Caterpillar Financial reserves all rights to do so.

Respectfully submitted,

**STOLL KEENON OGDEN PLLC**

/s/ Jessica L. Middendorf
Gregory D. Pavey
Jessica L. Middendorf
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507
Telephone: (859) 231-3000
Facsimile: (859) 253-1093
E-mail: gregory.pavey@skofirm.com

jessica.middendorf@skofirm.com

*Counsel for Caterpillar Financial Services Corporation*

### **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been electronically filed and served via the Court's ECF System on this 23rd day of August, 2019.

/s/ Jessica L. Middendorf
*Counsel for Caterpillar Financial Services Corporation*