# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

| | |
|---|---|
| IN RE | |
| CAMBRIAN HOLDING COMPANY, INC., ET AL.[1] | CASE NO. 19-51200 |
| | JOINTLY ADMINISTERED |
| DEBTORS | |

## ORDER

On December 20, 2019, an Order was entered issuing sanctions against American Resources Corporation and Perry County Resources, LLC (collectively "ARC") for violation of prior court orders. [ECF No. 904.] The December 20 Order required, among other things, payments to Kentucky Employers' Mutual Insurance Company. ARC did not pay KEMI or take any other action required by the December 20 Order, so it is subject to the sanctions set out therein. [*Id*.]

ARC filed a status report that described efforts to comply with the December 20 Order. [ECF No. 979.] A status conference was held on January 16, 2020. KEMI confirmed an agreement in principal for payment of the sums owed and did not push for enforcement of existing sanctions or imposition of new sanctions. Several other parties suggested at least some of the information in the status report was inaccurate.

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Cambrian Holding Company, Inc. (8203); Cambrian Coal LLC (3394); Apex Energy, Inc. (3455); C.W. Augering, Inc. (2875); Marshall Resources, Inc. (9735); PLM Holding Company LLC (7427); Bear Branch Coal LLC (0674); Clintwood Elkhorn Mining LLC (6910); Gatliff Coal LLC (5768); Perry County Coal LLC (4382); Ray Coal LLC (0981); Whitaker Coal LLC (8270); Pike-Letcher Land LLC (8952); Premier Elkhorn Coal LLC (8951); Raven Rock Development LLC (1351); Rich Mountain Coal LLC (1974); S.T. & T. Leasing, Inc. (0340), T.C. Leasing, Inc. (7705); and Shelby Resources, LLC (5085).

There are still strong concerns regarding ARC's compliance with court orders. But there is enough in the record to suggest ARC is taking positive steps to comply with its obligations. Therefore, it is ORDERED the sanctions issued in the December 20 Order are suspended. Suspension does not yet mean the sanctions are rescinded and these and other sanctions may be enforced if required in the discretion of the Court.

2

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Thursday, January 16, 2020**
**(grs)**