IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Cambrian Holding Company, Inc., *et al.*,[1] | ) | Case No. 19-51200 (GRS) |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | Honorable Gregory R. Schaaf |

**DEBTORS' MOTION FOR: (I) ENTRY OF AN ORDER APPROVING MODIFICATION TO SALE ORDER AND (II) A HEARING ON SHORTENED NOTICE FOR ENTRY OF AN ORDER APPROVING MODIFICATION TO SALE ORDER**

The above-captioned debtors and debtors-in-possession possession (collectively, the "**Debtors**"), by their undersigned counsel, hereby move this Court (this "**Motion**") for entry of an order: (i) approving the attached *Order (I) Approving Modification to Sale Order Entered at Docket No. 534, and (II) Granting Related Relief* (the "**Modification Order**") and (ii) holding a hearing on the Modification Order on shortened notice on February 7, 2020 at 9:00 a.m.

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this proceeding and this Motion in this District is proper under 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND AND RELIEF REQUESTED

2. As detailed in the Modification Order, on September 25, 2019, this Court entered its *Order (I) Approving the Sale of Substantially All of the Debtors' Assets Related Thereto Free*

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Cambrian Holding Company, Inc. (8203), Cambrian Coal LLC (3394), Apex Energy, Inc. (3455), C.W. Augering, Inc. (2875), Marshall Resources, Inc. (9735), PLM Holding Company LLC (7427), Bear Branch Coal LLC (0674), Clintwood Elkhorn Mining LLC (6910), Gatliff Coal LLC (5768), Perry County Coal LLC (4382), Ray Coal LLC (0981), Whitaker Coal LLC (8270), Pike-Letcher Land LLC (8952), Premier Elkhorn Coal LLC (8951), Raven Rock Development LLC (1351), Rich Mountain Coal LLC (1974), S.T. & T. Leasing, Inc. (0340), T.C. Leasing, Inc. (7705), and Shelby Resources, LLC (5085).

*and Clear of All Non-Assumed Liens, Claims, Encumbrances and Interests, (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (III) Granting Related Relief* (Docket No. 524) (the "**Sale Order**") which, among other things, approved the form APA by and between certain Debtors and American Resources Corporation, which is attached to the Sale Order as Exhibit C. On December 18, 2019, the Debtors filed a *Notice of Filing Final Version of American Resources Corporation Bill of Sale* (Docket No. 856), which included the execution version of the ARC APA (the "**ARC APA**"). The ARC APA provided that American Resources Corporation would acquire the Transferred Permits (as defined in the ARC APA) related to the Debtors' operations at the E4-1 mine identified in the chart below (collectively, the "**Applicable Permits**"). The Applicable Permits are currently in the Debtors' names and have not yet been transferred to American Resources Corporation.

| **Debtor Entity** | **New Permit** | **Issued** | **Old Permit** | **Mine** |
|---|---|---|---|---|
| Bear Branch Coal LLC | 897-5153 | 01/09/18 | 897-5100 | Mine E3-1 & E4-1 |
| Bear Branch Coal LLC | 897-8063 | 12/14/16 | 897-8028 | Stockpile Area Mine E3-1 & E4-1 |
| Bear Branch Coal LLC | 897-9009 | 05/17/17 | 897-9002 | Mine E3-1 & E4-1 Coarse Fill & Mining |

3. American Resources Corporation has now entered into definitive documentation to transfer its interests in the Applicable Permits, licenses, and fixed infrastructure located at the E4-1 mine to Blue Diamond. Consideration paid by Blue Diamond in connection with the transaction, including the consideration paid for the transfer of the Applicable Permits, will result in the immediate payment of the following trade payable and other obligations for which American Resources Corporation is responsible, but which have not been paid and are the

2

subject of proceedings in these cases: (i) $165,000, paid directly to Kentucky Employers' Mutual Insurance Company; (ii) $100,000 paid directly to American Electric Power; (iii) $150,000 paid to satisfy ARC's assumed liabilities under the Sale Order and/or ARC's operational expenses;[2] and (iv) $65,000 in bond fees to Continental Heritage Insurance Company.

4. The Debtors and the Committee support the transfer of the Applicable Permits to Blue Diamond because: (i) it will result in the immediate payment of the trade payable and other obligations referenced in the preceding paragraph; (ii) Blue Diamond has agreed to immediately acquire the Applicable Permits (and associated reclamation obligations) upon the closing of the agreement with ARC's subsidiary who was the designee under the ARC APA; and (iii) Blue Diamond has reached a tentative agreement with the landlord associated with the E4-1 mine, potentially resulting in the resumption of mining operations at the E4-1 mine.

5. Accordingly, the Debtors request that this Court hold an emergency hearing on this Motion on February 7, 2020 at 9:00 a.m. and enter the Modification Order at the conclusion of the hearing. Based on information and belief, the only parties with an interest in this Motion other than the Debtors and the Committee are American Resources Corporation and Blue Diamond, and both have consented to the entry of the Modification Order.

6. Furthermore, Rule 9006(c)(1) allows the reduction of notice periods by the Court in its discretion for cause shown. Cause exists in this instance because the closing with Blue Diamond, and the actions in conjunction therewith to apply for transfer of the permits and make the above-referenced payments, cannot occur until after the Modification Order is entered.

---

[2] The parties are negotiating regarding the use of these funds and will file a supplement containing the final allocation prior to the hearing on this Motion.

**WHEREFORE**, the Debtors respectfully request that this Court: (i) enter an order holding a hearing on this Motion on February 7, 2020 at 9:00 a.m. and (ii) enter the attached Modification Order at the conclusion of the hearing.

Dated: January 31, 2020

Respectfully submitted,

*/s/ Christopher A. Jones*
Masten Childers, III
WHITEFORD TAYLOR & PRESTON, LLP
161 North Eagle Creek Drive, Suite 210
Lexington, Kentucky 40509
Tel: (859) 687-6700
Fax: (859) 263-3239
Email: mchilders@wtplaw.com

- and -

Michael J. Roeschenthaler (admitted *pro hac vice*)
WHITEFORD TAYLOR & PRESTON, LLP
200 First Avenue, Third Floor
Pittsburgh, Pennsylvania 15222
Tel: (412) 618-5601
Fax: (412) 618-5596
Email: mroeschenthaler@wtplaw.com

- and –

Bradford F. Englander (admitted *pro hac vice*)
Christopher A. Jones (admitted *pro hac vice*)
WHITEFORD TAYLOR & PRESTON, LLP
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042
Tel: (703) 280-9081
Fax: (703) 280-9139
Email: benglander@wtplaw.com
Email: cajones@gmail.com

***CONFLICTS COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION***