IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Cambrian Holding Company, Inc., *et al.*,[1] | ) | Case No. 19-51200 (GRS) |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | Honorable Gregory R. Schaaf |

**ORDER DENYING MOTION TO ALTER OR AMEND AGREED ORDER GRANTING JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO COMPEL AMERICAN RESOURCES CORPORATION AND PRISTINE CLEAN ENERGY, LLC TO COMPLY WITH THE SALE ORDER AND OTHER ORDERS OF THE COURT [DOC. NO. 1019]**

Upon the motion (the "**Motion**") of Kanawha Scales and Systems to alter or amend the agreed order granting joint motion of the Debtors and Official Committee of Unsecured Creditors ("**Committee**") to Compel American Resources Corporation and Pristine Clean Energy, LLC to comply with the Sale Order and other orders of the Court [Doc. No. 1038] and with the Debtors and the Committee having filed a Joint Objection to the Motion [Doc. No. 1079], and with the Court having heard the arguments of the parties at the hearing on the Motion, and with the Court being sufficiently advised in all respects;

**IT IS HEREBY ORDERED, DECREED, AND ADJUDGED**

1.  The Motion is OVERRULED for the reasons stated on the record at the hearing.

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Cambrian Holding Company, Inc. (8203), Cambrian Coal LLC (3394), Apex Energy, Inc. (3455), C.W. Augering, Inc. (2875), Marshall Resources, Inc. (9735), PLM Holding Company LLC (7427), Bear Branch Coal LLC (0674), Clintwood Elkhorn Mining LLC (6910), Gatliff Coal LLC (5768), Perry County Coal LLC (4382), Ray Coal LLC (0981), Whitaker Coal LLC (8270), Pike-Letcher Land LLC (8952), Premier Elkhorn Coal LLC (8951), Raven Rock Development LLC (1351), Rich Mountain Coal LLC (1974), S.T. & T. Leasing, Inc. (0340), T.C. Leasing, Inc. (7705), and Shelby Resources, LLC (5085).

**TENDERED BY:**

*/s/ Patricia K. Burgess*
Patricia K. Burgess
FROST BROWN TODD LLC
250 West Main Street, Suite 2800
Lexington, Kentucky 40507
Tel: (859) 231-0000
Fax: (859) 231-0011
E-mail: pburgess@fbtlaw.com

-and-

Ronald E. Gold (admitted *pro hac vice*)
Douglas L. Lutz (admitted *pro hac vice*)
A.J. Webb (admitted *pro hac vice*)
FROST BROWN TODD LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
Tel: (513) 651-6800
Fax: (513) 651-6981
E-mail: rgold@fbtlaw.com
    dlutz@fbtlaw.com
    awebb@fbtlaw.com

*Counsel for Debtors and Debtors-in-Possession*

**HAVE SEEN AND AGREED TO BE TENDERED:**

*/s/ Taft McKinstry*
Taft McKinstry, Esq.
300 West Vine Street, Suite 600
Lexington, KY 40507
*Counsel for Kanawha Scales and Systems*

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Monday, February 24, 2020**
**(grs)**