**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-51200 |
| | : | |
| **CAMBRIAN HOLDING COMPANY,** | : | **CHAPTER 11** |
| **INC. et al,** | : | (Joint Administration Granted) |
| | : | |
| DEBTORS. | : | JUDGE GREGORY R. SCHAAF |

**MOTION TO REINSTATE TERMS OF ORDER GRANTING MOTION FOR SANCTIONS [Related Doc. 904, 1018]; NOTICE OF HEARING**

TO THIS HONORABLE COURT:

Kentucky Employers' Mutual Insurance Company ("KEMI"), through the undersigned counsel, hereby moves this Court for an Order reinstating the sanctions previously set forth in this Court's Order entered December 20, 2019 [Doc. 904; the "Sanctions Order"], said terms of the Sanctions Order having been temporarily suspended by this Court for the reasons stated in an order issued Thursday, January 16, 2020 [Doc. 1018], following a status hearing on said subject matter. In support of this Motion, KEMI states as follows:

1.  Neither American Resources Corporation nor its subsidiary, Perry County Resources LLC (collectively, "ARC") have complied with the representations made in the "Status Report" filed with this Court on January 15, 2020 [Doc. 979], in which ARC committed to pay KEMI the sum of $165,000.00[1], by January 31, 2020, and weekly payments of $25,000.00 beginning on Monday, February 10, 2020. KEMI did receive the aforementioned payment of $165,000.00 on February 3, 2020, <u>but as of filing has not received the scheduled weekly $25,000.00 payment due on February 24, 2020</u>. It was that express pledge by ARC that induced KEMI to agree to seek the temporary suspension of the sanctions set forth in the Sanctions

---

[1] This sum represents $150,000 toward the sum due and owing and $15,000 for part of KEMI's legal fees and expenses.

1

Order; however, given that ARC has failed to live up to its end of the bargain, there is no longer any valid cause for this Court to refrain from the enforcement of more severe sanctions against ARC.

2.  The terms of this Court's Sanctions Order directing the payment of $180,676.67 to KEMI by December 31, 2019 should be reinstated *nunc pro tunc*, as should the term directing payment of $200,000.00 by January 16, 2020. Per the terms of the Order, a monetary sanction of $1,000.00 per day is now due and owing to the Debtors, to be held in escrow by Debtors' counsel pending further orders.

3.  Further, the monetary sanctions against ARC should be imposed to also equal the amount of the current unpaid obligations, as set forth in the Sanctions Order. With KEMI having received $200,000.00 toward the principal obligation due and owing, the current amount of the unpaid obligations under the Sanctions Order is $180,676.67 ($380,676.67 due and owing in total by January 16, 2020, less the $200,000.00 total payments received to date).

4.  Even after the elimination of one of its proffered excuses for continuing non-performance (the uncertainty regarding assignment of a lease with Hazard Coal Corporation), ARC continues to be unwilling or unable to perform. ARC therefore remains in material breach of the terms of the Sale Order, despite having additional cash at its disposal following a recent approved sell-off of some of the assets covered by the Sale Order.

5.  KEMI requests that this Court reinstate the terms of the Sanctions Order, and consider such further relief as will result in compliance with this Court's directives, which have been disregarded by ARC. The reinstatement *nunc pro tunc* of the terms of the Sanctions Order will result in the following monetary sanctions (aside from the principal sum of $180,676.67 currently due and owing, <u>which is not the entire principal sum due and owing, only the amount</u>

presently due per the Court's prior Sanctions Order): a) **$180,676.67**, representing monetary sanctions equal to the current amount of the unpaid obligations to KEMI as of January 16, 2020; and b) an additional $1,000 per day since December 31, 2019, which equals the sum of **$57,000.00** as of February 26, 2020; for a grand total of **$237,676.67** in monetary sanctions, due and owing to the Debtors to be held in escrow pending further court orders.

6.  Additionally, ARC should be directed to immediately pay KEMI the amount of **$180,676.67**, representing the amounts previously commanded by this Court in the Sanctions Order to be paid toward the full amount due and owing of **$554,432.28** by January 16, 2020.

WHEREFORE, KEMI requests a) the reinstatement of the Sanctions Order *nunc pro tunc* to December 20, 2019, based on ARC's failure to meet the terms of the payment schedule it proposed, less credit for sums already paid; and b) such further relief as is just and appropriate under the circumstances.

## NOTICE OF HEARING

Please take notice that the foregoing Motion shall come on for hearing on **March 19, 2020**, before the United States Bankruptcy Court, Eastern District of Kentucky, Second Floor Courtroom, 100 E. Vine Street, Lexington, KY, at **9:00 a.m.** local prevailing time or as soon thereafter as may be heard.

Dated this 27th day of February, 2020.

**FOWLER BELL PLLC**

*/s/ Matthew D. Ellison*
Taft A. McKinstry, Esq. (KBA 46610)
Matthew D. Ellison, Esq. (KBA 91016)
300 West Vine Street, Suite 600
Lexington, KY  40507-1751
Telephone:      (859) 252-6700
Facsimile:       (859) 255-3735
Email:   MEllison@Fowlerlaw.com
**ATTORNEYS FOR KENTUCKY EMPLOYERS' MUTUAL INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served this the 27th day of February, 2020, electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures upon all parties in the electronic filing system in this case, including the United States Trustee and Debtors' counsel, and counsel for the Unsecured Creditors' Committee.

 */s/ Matthew D. Ellison*
**ATTORNEYS FOR KENTUCKY EMPLOYERS' MUTUAL INSURANCE COMPANY**

4837-6445-3554, v. 1