UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE

CAMBRIAN HOLDING COMPANY, INC.                    CASE NO. 19-51200

DEBTOR(S)

Jointly Administered

ORDER

The Court having considered the Motion to Approve Settlement Agreement [ECF No. 1094] filed herein on February 20, 2020, on behalf of Cambrian Holding Company, Inc., finds said pleading should be and hereby is OVERRULED WITHOUT PREJUDICE for the following reason(s):

☐ The pleading does not meet the notice and opportunity for hearing criteria as set forth by the Court.

☐ Notice of hearing is missing/incorrect. Go to www.kyeb.uscourts.gov to obtain correct hearing information.

☒ Failure to serve a necessary party.

☐ Motion was not served upon **all creditors** as required under FED. R. BANKR. P. 6007(b) (effective 12/1/2019).

☐ Other:

_____
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Friday, February 28, 2020**
(grs)